**Order entered March 8, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01421-CV

### WAL-MART STORES, INC.; WAL-MART STORES EAST, LP; WAL-MART LOUISIANA, LLC; SAM'S EAST, INC., AND SAM'S WEST, INC., Appellants

### V.

### XEROX STATE & LOCAL SOLUTIONS, INC. A/K/A/, F/K/A ACS STATE & LOCAL SOLUTIONS, INC., Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-13629**

## ORDER

Before the Court is appellants' March 6, 2019 unopposed second motion for extension of time to file brief. We **GRANT** the motion and **ORDER** appellants' brief be filed no later than March 19, 2019.

/s/      BILL WHITEHILL
JUSTICE